# EXHIBIT A

Small Claims Form 11

# Superior Court of the District of Columbia
## CIVIL DIVISION
### SMALL CLAIMS AND CONCILIATION BRANCH
Bldg. B, 510 4th Street, N.W., RM –120
WASHINGTON, D.C. 20001    TELEPHONE 879-1120

General

3pp/4

Charles P. Samenow                                      (1) Citicorp Credit Services, Inc.

_____
Plaintiff(s)                   vs.    (2) _____

1717 P Street NW Apt D                     (3) _____

Washington, DC 20036

Address                    Zip Code
Phone No. 202-549-4042

No. SC 2016 SC 3 001903

**FILED**
JUN 03 2016
Clerk
Superior Court
of the District of Columbia
Small Claims Branch

## STATEMENT OF CLAIM

Citicorp Credit Services (Inc) breached contract by terminating card ending in -4726. Per the contract they are obligated to follow federal law.

They violated the Equal Credit Opportunity Act by not providing a specific reason for cancelling this account. I am seeking damages

specific to card -4726: damage to credit history ($2500); loss of Mastercard Benefits ($887.91); lost wages ($750); annual fee ($450);

court costs ($51.74 + $10.35) and admirals club membership ($350). This occurred on March 8, 2016 in Washington, D.C.

DISTRICT OF COLUMBIA, ss: Charles P. Samenow                      being first duly sworn on oath says
the foregoing is a just and true statement of the amount owing by the defendant to plaintiff, exclusive of all set-offs and just grounds of
defense.

Charles P. Samenow                          1717 P Street NW APT D
_____                   _____
Plaintiff/Agent (Sign and Print Name)       Address
                                            Washington, DC 20036
Title: _____                      City/State/Zip Code
                                            Phone No.: 202-549-4042

Subscribed and sworn to before me this ___03___ day of __June__              20_16_
                                                         (month and year)

_____
Deputy Clerk (or Notary public)

_____
Attorney for Plaintiff (Sign and Print Name)

Address                              Zip Code
Bar No.: _____     Phone No.: _____

## NOTICE (All parties must notify the court of any address changes.)

To:
(1) Citicorp Credit Services, Inc (USA)         (2) c/o CT Corporation System (registered agent)
_____                       _____
Defendant                                       Defendant
                                                1015 15th Street NW Suite 1000 Washington, DC 20005

Address            Zip Code                     Address              Zip Code
☐ Home  ■ Business                              ☐ Home  ■ Business
You are hereby notified that Charles P. Samenow

_____ has made a claim and is requesting judgment

against you in the sum of Five Thousand _____ dollars ($ 5000.00 _____ ).

as shown by the foregoing statement. The court will hold a hearing upon this claim on ___6/30/16___

at 9:00 a.m. in the Small Claims and Conciliation Courtroom 119, Bldg. B, 510 4th Street, N.W.,

SEE REVERSE SIDE FOR COMPLETE INSTRUCTIONS  BRING THIS NOTICE WITH YOU AT ALL TIMES
                                                         Deputy Clerk
                                                    Small Claims and Conciliation Branch

CV-471/AUG. 12

## INSTRUCTIONS TO DEFENDANTS

**IMPORTANT:** IF YOU FAIL TO APPEAR AT THE TIME STATED OR AT ANY OTHER TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY, DAMAGES OR OTHER RELIEF DEMANDED IN THE STATEMENT OF CLAIM. IF THIS OCCURS, YOUR WAGES OR BANK ACCOUNT MAY BE ATTACHED OR WITHHELD OR ANY PERSONAL PROPERTY OWNED BY YOU MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. **DO NOT FAIL TO APPEAR AT THE REQUIRED TIME.**

Before any case goes to trial in the Small Claims and Conciliation Branch, a trained mediator will meet with all parties to see if a settlement can be worked out. If all parties are present when your case is called, you and the plaintiff will be able to see a mediator and hopefully settle your dispute without having to go to trial.

You may come with or without a lawyer. The Statement of Claim indicates whether the plaintiff has a lawyer. If the plaintiff does have a lawyer and you wish to dispute the claim, it would be in your best interest to have your own lawyer.

If you wish to have legal advice and feel that you cannot afford to pay a fee to a lawyer, you may contact the Neighborhood Legal Services Program at (202) 269-5100, the DC Law Students in Court Program at (202) 638-4798, Legal Counsel for the Elderly at (202) 434-2170 or the Legal Aid Society at (202) 628-1161. If you need further help, come to Building B, 510 4th Street, N.W., Room 120, for more information concerning places where you may ask for such help. You may also consult the legal aid directory on www.lawhelp.org/dc. Act promptly.

If it is impossible for you to appear on the date of trial, attempt to contact the Plaintiff to arrange a new date. If parties agree on a date, notify the clerk of the Small Claims Branch of this court in person or by phone of the new date. If parties cannot agree, you may contact the clerk who will inform you regarding procedures. If you do not appear on the new date, a judgment may be entered against you.

Whenever corresponding with the Small Claims clerk's office by mail, please include your case number and your date to appear in court.

You are given the following additional instructions in the event that you intend to appear without a lawyer:

If you have witnesses, books, receipts, or other writings bearing on this claim, you should bring them with you at the time of the hearing.

If you wish to have witnesses summoned, see the clerk at once for assistance.

If you admit the claim but desire additional time to pay, you must come to the hearing in person and state the circumstances to the Court.

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPAÑOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DEL COLUMBIA, BUILDING B, 510 4TH STREET N.W., SALA 120.

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C. BUILDING B, 510 4TH STREET N.W., ROOM 120.



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION
## SMALL CLAIMS AND CONCILIATION BRANCH
## INFORMATION SHEET

Charles P. Samenow
_____
Plaintiff

vs.

Citicorp Credit Services, Inc (USA)
_____
Defendant

Case No: 2016 SC3001903

Date: 06/03/2016

---

**Charles P Samenow**

Name: *(please print)*

Firm Name, if applicable

**202-549-4042**

Telephone No:    6 Digit Unified Bar No. ☐

Relationship to Lawsuit

☐ Attorney for Plaintiff

☒ Self (Pro Se)

☐ Other:

---

Do you need an interpreter for your case? ☐ Yes  ☒ No  If yes, what type:

AMOUNT IN CONTROVERSY: ☐ $1 -$500    ☐ $500.01 - $2,500    ☒ $2,500.01 - $5,000

PENDING CASE(S) RELATED TO THE ACTION BEING FILED:

Case No: _____    Case No: _____

NATURE OF SUIT: *(Check One Box Only)*

---

**A. CONTRACTS – a claim based on an agreement between parties made either orally or in writing**

| | | |
|---|---|---|
| ☐ Debt Suit | ☐ Breach of Warranty | ☐ Negotiable Instrument |
| ☐ Personal Property | ☐ Loan | ☐ Rent Due |
| ☐ Unpaid Wages | ☐ Services Rendered | ☐ Security Deposit |
| ☒ Breach of Contract | ☐ Home Improvement Contract | ☐ Oral |

**B. PROPERTY TORTS – a claim for an injury or wrong committed on the property of another**

| | | |
|---|---|---|
| ☐ Automobile | ☐ Conversion | ☐ Shop Lifting |
| ☐ Property Damage | ☐ Destruction of Property | ☐ Trespass |

**C. PERSONAL TORT – a claim for an injury or wrong committed on the person of another**

| | | |
|---|---|---|
| ☐ Assault and Battery | ☐ False Witness | ☐ Libel and Slander |
| ☐ Automobile | ☐ Personal Injury | ☐ Negligence |
| ☐ Harassment | ☐ Fraudulent Misrepresentation | ☐ Slip and Fall |

**D.** ☐ UNIFORM ARBITRATION ACT – an action based on an arbitration agreement

**G.** ☐ SUBROGATION – a claim filed by one person in the place of another

**E.** ☐ FOREIGN JUDGMENT- a judgment, decree or order filed from another jurisdiction

**H.** ☐ COLLECTION- a claim filed by a seller or lender to collect a consumer debt

**F.** ☐ MEDICAL MALPRACTICE – a claim against a healthcare provider for professional misconduct
Have you given notice of intention to file your lawsuit 90 days prior to filing? ☒ Yes  ☐ No

CV-3046/Rev. Nov. 07

Case 1:16-cv-01352   Document 1-2   Filed 06/28/16   Page 5 of 5

(Page 4 of 4 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

# Superior Court of the District of Columbia

## CIVIL DIVISION
### SMALL CLAIMS AND CONCILIATION BRANCH
Bldg. B, 510 4th Street, N.W., Room 120
WASHINGTON, D.C. 20001     TELEPHONE 202-879-1120



FILED

JUN 1 6 2016

Clerk
Superior Court
of the District of Columbia
Small Claims Branch

_Charles P. Sarenan_ , **Plaintiff**

vs.

_Citicorp Credit Services, Inc._ , **Defendant**

SC No. _2016SC 3001903_

MOTION OF: _Charles P. Sarenan_ Plaintiff TO _Amend Statement of Claim_

(State briefly what you want the Court to do) _Amend Statement of Claim to four thousand nine hundred thirty four and 09/100 dollars ($ 4934.09) for Specific damages_

| Print Name | Signature |
|---|---|
| _Charlie P. Sarenan_ | _CS_ |

| Address | Home Phone No. | Business Phone |
|---|---|---|
| _1717 P Street NW #0_ _Washington DC 20036_ | _202-599-4642_ | |

To the best of my knowledge the above statements are true.

Subscribed to before me this _16_ day of _JUNE_ _2016_

_Deputy Clerk/Notary Public_

THIS MOTION HAS BEEN SET FOR HEARING IN SMALL CLAIMS AND CONCILIATION COURTROOM

ON _JUNE 30th_ AT ~~9:00~~ _10AM_ A.M.

A COPY OF THE ABOVE MOTION WAS MAILED FROM THE CLERK'S OFFICE TO:

_- HANDED A COPY to PLAINTIFF AT CLERK'S WINDOW -_
_- MAILED A COPY to DEFENDANT'S Registered Agent = ct CORPORATION SYSTEM AT 1015 15th St. NW Suite 1000 WDC 20005_

IT WILL BE NECESSARY FOR YOU TO APPEAR ON THE ABOVE DATE

Form CV(5)-1465/Mar. 89                                               0-1025 wd-516